**E-filed 11/16/06**

Timothy J. Walton (State Bar No. 184292)
WALTON & ROESS LLP
407 South California, Suite 8
Palo Alto, CA 93406
Phone: (650) 566-8500
Fax: (650) 618-8687
Email: netblue.litigation@netatty.com

Attorneys for Plaintiff
INFINITE MONKEYS & CO. LLC

Jeffrey K. Riffer (State Bar No. 87016)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the State, Seventh Floor
Los Angeles, CA 90067-4308
Phone: (310) 203-8080
Fax: (310) 203-0567
Email: JKR@JMBM.com

Attorneys for Defendant
NETBLUE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| INFINITE MONKEYS & CO. LLC,<br><br>        Plaintiff,<br>    vs.<br><br>NETBLUE, INC., et al.,<br><br>        Defendants | Case No. C 06-04692 JF (RS)<br><br>**STIPULATION AND ORDER RESETTING DATE OF CASE MANAGEMENT CONFERENCE** |

Plaintiff INFINITE MONKEYS & CO. LLC and Defendant NETBLUE, INC., by and through their respective counsel, hereby enter into this stipulation to put over the case management conference currently set for Friday, November 17, 2006, at 10:30 a.m. Counsel for the parties are continuing discussions that they intend to result in a stipulated protective order, and hope to have a proposed order of protection before this Court prior to the case management conference. In addition, Plaintiff's counsel is out of the office this week and would prefer to

appear in person rather than over the telephone. For both these reasons, the parties request that the case management conference be continued to a Friday in December. Counsel have agreed on the date of Friday December 15, 2006, at 10:30 a.m. in Courtroom 3, Fifth Floor of the United States District Court for the Northern District of California, located at 280 South First Street, San Jose, CA 95113, for the next case management conference.

IT IS SO AGREED.

                                              WALTON & ROESS LLP

Date: November 15, 2006          ____/s/ Timothy Walton_____
                                            Timothy Walton
                                            Attorneys for Plaintiff


                                            JEFFER, MANGELS, BUTLER & MARMARO

Date: November 15, 2006          ____/s/ Jeffrey K.Riffer_____
                                            Jeffrey K. Riffer
                                            Attorneys for Defendant

IT IS SO ORDERED.

Date: __11/16/06_____              _____
                                            Judge of the Court
                                             Jeremy Fogel