**E-filed 1/17/07**

1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JEFFREY K. RIFFER (Bar No. 87016) *JRiffer@jmbmcom*
2  BRIAN M. YATES (BAR No. 241798) *BYates@jmbmcom*
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, CA 90067-4308
   Telephone: 310-203-8080
4  Facsimile:  310-203-0567

5  Attorneys for defendant Netblue, Inc.

6  WALTON & ROESS LLP
   TIMOTHY J. WALTO N (Bar No. 181292)
7  *netblue.litigation@netatty.com*
   407 S California Avenue, Suite 8
8  Palo Alto, CA 94306-1833
   Telephone: 650-566-8500
9  Facsimile: 650-918-6887

10
   Attorneys for Plaintiff Infinite Monkeys & Co. LLC
11

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                     SAN JOSE DIVISION

16

17 | INFINITE MONKEYS & CO., LLC, a California limited liability company, | Case No.  C 06-04692 JF (RS)
18 |
19 |          Plaintiff,                         | STIPULATION AND [P~~ROPOSE~~D] ORDER RE VACATING MEDIATION DEADLINE
20 | vs.                                         |
21 | NETBLUE, INC., a California corporation, and DOES, 1 - 50, |
22 |          Defendants.                        |

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

4384029v1

STIPULATION AND [PROP] ORDER VACATING
MEDIATION DEADLINE Case No. C 06-04692 JF (RS)

1 | Plaintiff Infinite Monkeys (Infinite Monkeys") and Defendant Netblue, Inc.
2 | ("Netblue"), through their counsel, hereby stipulate as follows:
3 |     1.    The Court ordered that the parties should mediate by January 16, 2007.
4 |     2.    There is good cause to vacate the Court order setting the January 16, 2007
5 | completion date for mediation: (a) Infinite Monkeys is considering dismissing this case, although
6 | the terms and conditions of such dismissal have not been agreed upon; and (b) Infinite Monkeys did
7 | not respond to Netblue's discovery, which was served in October, and never served any Initial
8 | Disclosures.
9 | IT IS SO AGREED:

Dated: January 12, 2007

JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER
BRIAN M. YATES

By: /S/ - JEFFREY K. RIFFER
      JEFFREY K. RIFFER
Attorneys for Defendant Netblue, Inc.

Dated: January 12, 2007

WALTON & ROESS LLP
TIMOTHY J. WALTON

BY: /S/ - TIMOTHY J. WALTON
      TIMOTHY J. WALTON
Attorneys For Plaintiff Infinite Monkeys & Co. LLC

## ORDER

FOR GOOD CAUSE, and pursuant to the above Stipulation, the January 16, 2007 completion date for mediation is vacated.

Dated: January __17__ 2007

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

## DECLARATION OF JEFFREY K. RIFFER

I, Jeffrey K. Riffer, declare as follows:

1. I am duly licensed to practice before this Court and am a partner with the law firm of Jeffer, Mangels, Butler & Marmaro LLP, counsel for Defendant, Netblue, Inc.

2. I attest that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signature(s) on this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 12th day of January 2007, at Los Angeles, California.

*- JEFFREY K. RIFFER -*
JEFFREY K. RIFFER