VENABLE LLP
DOUGLAS C. EMHOFF (State Bar No. 151049)
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
E-mail: demhoff@venable.com

LISA JOSE FALES (*pro hac vice application to be filed*)
ARI N. ROTHMAN (*pro hac vice application to be filed*)
VENABLE LLP
575 7TH STREET
575 7th Street, N.W.
Washington, D.C. 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
E-mail: anrothman@venable.com

Attorneys for Defendant Netblue, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| INFINITE MONKEYS & CO., LLC, a California limited liability company, | Case No. 5:06-cv-04692 JF (RS) Honorable Jeremy Fogel |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| vs. | |
| NETBLUE, INC., a California corporation, and DOES, 1 - 50, | |
| Defendants. | |

Defendant NETBLUE, INC. hereby gives notice that Venable LLP is replacing Jeffrey K. Riffer and Brian M. Yates of the law firm of Jeffer, Mangels, Butler & Marmaro LLP as counsel fo record in the above-captioned action. Venable LLP's contact information is as follows:

---

NETBLUE, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD

VENABLE LLP
DOUGLAS C. EMHOFF (State Bar No. 151049)
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901
E-mail:  demhoff@venable.com

VENABLE LLP
LISA JOSE FALES (*pro hac vice application to be filed*)
ARI N. ROTHMAN (*pro hac vice application to be filed*)
575 7th Street, N.W.
Washington, D.C. 20004-1601
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300
E-mail:  anrothman@venable.com

Respectfully submitted this 14th day of June, 2007

By: /s/ JEFFREY K. RIFFER
JEFFREY K. RIFFER (State Bar No. 87016)
BRIAN M. YATES (State Bar No. 241798)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308
Telephone: 310-203-8080
Facsimile:  310-203-0567

Respectfully submitted this 14th day of June, 2007

By: /s/ DOUGLAS C. EMHOFF
Douglas C. Emhoff (State Bar No. 151049)
VENABLE, LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 229-9900
(310) 229-9901 Facsimile

VENABLE LLP
LISA JOSE FALES (*pro hac vice application to be filed*)
ARI N. ROTHMAN (*pro hac vice application to be filed*)
575 7th Street, N.W.
Washington, D.C. 20004-1601
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300
E-mail:  anrothman@venable.com

Attorneys for Defendant NETBLUE, INC.

NETBLUE, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD

**[PROPOSED] ORDER**

The foregoing substitution of counsel is authorized by the Court and the Clerk of the Court is directed to make the appropriate change on the docket.

**IT IS SO ORDERED.**

DATED: __6/25/07_____         _____
                                                            HONORABLE JEREMY FOGEL
                                                            UNITED STATES DISTRICT COURT JUDGE

NETBLUE, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June 2007, a true and complete copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was filed via the court's electronic filing system and served by electronic transmission and by first class mail on:

Timothy Walton, Esq.
Walton & Roess LLP
407 South California Avenue, Suite 8
Palo Alto, CA  94306
*Counsel for Infinite Monkeys & Co., LLC*

Pursuant to Civil Local Rule 5-6(a)(2) and 28 U.S.C. §1746 I declare under penalty of perjury that the foregoing is true and correct.

>   */s/* ARI N. ROTHMAN
>   Ari N. Rothman
>   (*pro hac vice application to be filed*)

NETBLUE, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD