**E-filed 7/31/07**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| INFINITE MONKEYS & CO., LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NETBLUE, INC., a California corporation, and DOES, 1 - 50,<br><br>　　　　Defendants. | Case No.  5:06-cv-04692 JF (RS)<br>Judge Jeremy Fogel<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |

Upon consideration of the Stipulation of Dismissal With Prejudice dated July 26, 2007 and signed by Plaintiff Infinite Monkeys & Co., LLC ("Infinite Monkeys") and Defendant NetBlue, Inc. ("NetBlue") it is hereby **ORDERED** that all claims asserted by Infinite Monkeys in this action be and hereby are **DISMISSED WITH PREJUDICE.**

　　　　**IT IS SO ORDERED.**

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1
2
3   Dated: ___July 30___, 2007        By:    _____
4                                              Judge Jeremy Fogel
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

2